IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DUSTIN P. CORDER,

    Petitioner.
v.                                            CASE NO. 1:06-cv-00139-MP-AK

DEPARTMENT OF CORRECTIONS,
MCDONOUGH,

    Respondents.
_____/

**O R D E R**

       This matter is before the Court of Doc. 4, the Report and Recommendation of the Magistrate Judge, recommending that Petitioner Corder's Writ for Habeas Corpus be transferred to United States District Court for the Middle District of Florida for all further proceedings. The Magistrate Judge filed a Report and Recommendation dated Tuesday, July 18, 2006. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made. Here, however, no objections were made. Because it appears that the district of conviction rather than the district of confinement is the most convenient forum for any witnesses, this case should be transferred pursuant to 28 U.S.C. § 2241(d). Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Pursuant to 28 U.S.C. § 2241(d), the Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings.

**DONE AND ORDERED** this   *18th* day of August, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge